Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15728−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donna Ann Misiak−McKeon
  aka Donna A. Misiak
  15 Pinehurst Avenue
  Port Monmouth, NJ 07758

Social Security No.:
  xxx−xx−1960

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 19, 2023.

Dated: September 19, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15728-MBK |
| Donna Ann Misiak-McKeon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Ann Misiak-McKeon, 15 Pinehurst Avenue, Port Monmouth, NJ 07758-1427 |
| 519962605 | + | Barclays/Portfolio Recovery, Att: Thomas M. Murtha, Esq., 120 Corporate Blvd East, Norfolk, VA 23502-4952 |
| 519962609 | + | Jill Misiak, 235 Bray Ave, Middletown, NJ 07748-5432 |
| 519962608 | + | Mia Kiritsis, Esq., 1 Riverfront Plaza, Suite 310, Newark, NJ 07102-5412 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519962604 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2023 21:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519962606 | ^ | MEBN | Sep 19 2023 21:31:43 | Keybank NA, PO Box 94968, Cleveland, OH 44101-4968 |
| 519993303 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 21:51:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519989716 | ^ | MEBN | Sep 19 2023 21:30:41 | Lakeview Loan Servicing LLC, C/O M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 519962607 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 21:31:00 | Lakeview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, Miami, FL 33146-1837 |
| 520010506 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2023 21:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520017687 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2023 21:51:09 | Portfolio Recovery Associates, LLC, c/o BLUEGREEN, POB 41067, Norfolk, VA 23541 |
| 520017760 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2023 21:51:51 | Portfolio Recovery Associates, LLC, c/o CARNIVAL, POB 41067, Norfolk, VA 23541 |
| 519962610 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 19 2023 21:31:00 | Rubin & Rothman, LLC, PO Box 9003, Islandia, NY 11749-9003 |
| 519962611 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2023 21:32:00 | Ulta/Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 16 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Donna Ann Misiak-McKeon wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4